**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **ROBERT INZER** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | |
| § | C.A. No. 1:04CV0628 |
| **HEALTH CLAIMS PROCESSING, INC.,** § | |
| **LIBERTY-DAYTON HOSPITAL, INC.,** § | JUDGE HEARTFIELD |
| **LIBERTY-DAYTON COMMUNITY** § | |
| **HOSPITAL, L.P., AND FRONTIER** § | |
| **HEALTHCARE GROUP, INC.** § | |
| § | |
| **Defendants.** § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff, ROBERT INZER (hereinafter referred to as "INZER") and HEALTH CLAIMS PROCESSING, INC., (hereinafter referred to as "HCP"); LIBERTY-DAYTON HOSPITAL, INC., (hereinafter referred to as "LDH"), LIBERTY-DAYTON COMMUNITY HOSPITAL, L.P., (hereinafter referred to as "LDCH"), FRONTIER HEALTHCARE GROUP, L.L.C. and FRONTIER HEALTHCARE GROUP, INC., (hereinafter referred to as "FRONTIER") (hereinafter collectively referred to as the "DEFENDANTS"). and file this their Joint Motion to Dismiss With Prejudice and in support thereof and would respectfully show as follows:

1. The parties have entered into an agreement settling all matters in controversy between

the parties and no long desire to pursue this action.  The parties request that any and all claims and counter-claims be dismissed in their entirety with prejudice with each party paying its own costs and attorneys fees.

WHEREFORE, premises considered Plaintiff, ROBERT INZER and Defendants HEALTH CLAIMS PROCESSING, INC., LIBERTY-DAYTON HOSPITAL, INC., LIBERTY-DAYTON COMMUNITY HOSPITAL, L.P., FRONTIER HEALTHCARE GROUP, L.L.C.and  FRONTIER HEALTHCARE GROUP, INC., pray that this Honorable Court dismiss with prejudice any and all claims and counter-claims herein and for such other and further relief at law or in equity to which they may show themselves justly entitled.

Respectfully submitted,

**KERR & HENDERSHOT, P.C.**

*/s/ Robin N. Blanchette*
*by permission, John Werner*

SIMON W. HENDERSHOT, III
SBN: 09417200
ROBIN N. BLANCHETTE
SBN: 24045509
1800 Bering Drive, Suite 600
Houston, Texas  77057
Telephone:  (713) 783-3110
Facsimile:  (713) 783-2809
**ATTORNEYS FOR DEFENDANTS,
LIBERTY-DAYTON HOSPITAL, INC. and
HEALTH CLAIMS PROCESSING, INC.**

**KELLY HART & HALLMAN**

*/s/ Jason Nash by permission John Werner*

MICHAEL D. FERTITTA
SBN: 24032172
JASON C. NASH
SBN: 24032894
WILLIAM WARREN
SBN: 00786331
201 Main Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Ron O. Norwood
517 Travis Street, Suite 300
Liberty, Texas 77575

**ATTORNEY FOR DEFENDANTS,
LIBERTY-DAYTON COMMUNITY HOSPITAL, L.P.
and FRONTIER HEALTHCARE GROUP, INC.,
FRONTIER HEALTHCARE GROUP, L.L.C.**


**REAUD, MORGAN & QUINN, L.L.P.**

*/s/ John Werner*
JOHN WERNER
SBN: 00789720
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
SBN: 00789720
**ATTORNEY FOR PLAINTIFF,
ROBERT INZER**

Page −3−

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was sent via facsimile and by certified mail, return receipt requested, on the 19th day of September 2005, to the following:

| | |
|---|---|
| John Werner<br>801 Laurel Street<br>P.O. Box 26005<br>Beaumont, Texas 77720-6005 | Via Electronic Filing |
| Michael D. Fetitta<br>Jason C. Nash<br>William N. Warren<br>Kelly, Hart & Hallman, P.C.<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102 | Via Electronic Filing |
| Ron O. Norwood<br>517 Travis Street, Suite 300<br>Liberty, Texas 77575 | Via Electronic Filing |

/s/ Robin N. Blanchette
ROBIN N. BLANCHETTE

\shared\Northeast\Inzer\Federal\Jnt.Motion.Dismiss.091405.wpd